IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: AUGUST 18, 2008
08CV4694
JUDGE GOTTSCHALL
MAGISTRATE JUDGE SCHENKIER

| | | |
|---|---|---|
| LARRY BRATCHER. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. |
| -vs- | ) | DAJ |
| | ) | *(jury demand)* |
| THE CITY OF HARVEY, | ILLINOIS) | |
| | ) | |
| *Defendants.* | ) | |

# COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 42 U.S.C. §1343.

2. Plaintiff Larry Bratcher was employed by defendant City of Harvey (an Illinois municipal corporation) in 2006.

3. Defendant is the City of Harvey, an Illinois municipal corporation.

4. Plaintiff was discharged by defendant because he was perceived as having stopped being a political supporter of the Mayor.

5. Plaintiff demands trial by jury.

Wherefore plaintiff prays for appropriate compensatory damages in an amount in excess of fifty thousand dollars against the City of Harvey.

/s/ Kenneth N. Flaxman

_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*